UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L.G. Mosley,**<br><br>        Plaintiff,<br><br>    v.<br><br>**AF Properties 2015 LLC; and Does 1-10 inclusive,**<br><br>        Defendants. | Case No.: CV 20-7012-DMG (SKx)<br><br>**Order re Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [26]** |

   Pursuant to the Parties' stipulation, the above-captioned action is dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each side shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: February 8, 2021        _____
                               DOLLY M. GEE
                               UNITED STATES DISTRICT JUDGE